UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD GRAY, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06-CV-422-JAR |
| | ) |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion to Dismiss Fifth Amended Complaint is GRANTED as to Count III, and Count III is dismissed with prejudice. [ECF No. 123]

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE