UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD GRAY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDEX GROUND PACKAGE )<br>SYSTEM, INC., )<br>)<br>Defendants. ) | No. 4:06-CV-00422-JAR |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Reginald Gray's Motion for Stay [ECF No. 161]. Plaintiff requests a stay of all pending matters in his case pending a ruling from the United States Bankruptcy Court on his Motion to Reopen Estate in order to amend his statement of financial affairs to include his ownership of the instant case against FedEx. Plaintiff does not explain what effect, if any, the reopening of his bankruptcy case will have on the current proceedings. Defendant FedEx Ground Package System ("FedEx") opposes the motion. Plaintiff did not file a reply memorandum. Plaintiff's motion for stay presents a matter within the Court's discretion. Furminator, Inc. v. Ontel Products Corp., 2006 WL 2711642, *2 (E.D. Mo. Sept. 21, 2006). In this instance, the Court concludes that a stay is not appropriate, particularly when the motion was precipitated by Plaintiff's own actions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Reginald Gray's Motion for Stay [ECF No. 161] is **DENIED**.

Dated this 4th day of June, 2012.

                                                         _____
                                                         JOHN A. ROSS
                                                         UNITED STATES DISTRICT JUDGE