UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WELLS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FEDEX GROUND PACKAGE )<br>SYSTEM, INC., )<br>)<br>Defendant. ) | Case No. 4:10-CV-2080-JAR |
| REGINALD GRAY, et al, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FEDEX GROUND PACKAGE )<br>SYSTEM, INC., )<br>)<br>Defendant. ) | Case No. 4:06-CV-00422-JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant FedEx Ground Package System, Inc.'s Motion for Status Conference. (*Gray* Doc. No. 380; *Wells* Doc. No. 261) FedEx requests the Court hold a status conference at its earliest opportunity to clarify the alleged misrepresentation(s) Plaintiffs intend to present at trial. Upon consideration, the Court will deny the motion and take the matter up with the parties at the final pre-trial conference set for March 28, 2014.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant FedEx Ground Package System, Inc.'s Motion for Status Conference [380; 261} is **DENIED**.

Dated this 10th day of March, 2014.

                                                                       _____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE