UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| REGINALD GRAY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 4:06-cv-00422-JAR |

**DECLARATION OF B. AIDAN FLANAGAN IN SUPPORT OF FEDEX GROUND PACKAGE SYSTEM, INC.'S PARTIAL OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE JUDGMENT TO INCLUDE PRE- AND POST-JUDGMENT INTEREST**

I, B. Aidan Flanagan, declare under penalty of perjury:

1. I am an attorney of the law firm of Goodwin Procter LLP, Exchange Place, Boston, Massachusetts, and a member of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2. I am admitted *pro hac vice* to the United States District Court for the Eastern District of Missouri.

3. This firm is counsel to Defendant FedEx Ground Package System Inc. ("FXG") in the above-captioned matter.

4. I make this declaration in support of Defendant's Partial Opposition to Plaintiffs' Motion to Amend the Judgment to Include Pre- and Post-Judgment Interest in *Gray, et al. v. FedEx Ground Package System, Inc*.

5.      Attached hereto as Exhibit A is a true and accurate copy of the January 31, 2014 Expert Report of Avram S. Tucker.

6.      Attached hereto as Exhibit B is a true and accurate copy of Attachment 8.1U to the Expert Report of Avram S. Tucker for Richard Mitchell, admitted at trial as Defense Exhibit AM.

7.      Attached hereto as Exhibit C is a true and accurate copy of an excerpt from the April 20, 2014 Expert Report of Douglas C. Miller for Richard Mitchell, admitted at trial as Plaintiff Exhibit MI-15.

8.      Attached hereto as Exhibit D is a true and accurate copy of the April 1, 2014 Expert Report of Douglas C. Miller for Richard Mitchell.

9.      Attached hereto as Exhibit E is a true and accurate copy of an excerpt from the November 8, 2012 Expert Report of Douglas C. Miller for Gray Plaintiffs.

10.     Attached hereto as Exhibit F is a true and accurate copy of the April 2, 2014 Expert Report of Douglas C. Miller for Richard Mitchell.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 22nd day of May, 2014 in Boston, Massachusetts.

/s/ B. Aidan Flanagan
B. Aidan Flanagan (*pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000

2

Fax: 617.523.1231
aflanagan@goodwinprocter.com