UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD GRAY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:06-CV-00422 JAR |
| | ) |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant FedEx Ground Package System, Inc.'s Motion to Amend the Court's Entry of Judgment. (Doc. No. 558) In light of the Court's order of dismissal of the remaining *Gray* and *Wells* Plaintiffs on August 27, 2014 (*Gray* Doc. No. 579; *Wells* Doc. No. 345), Defendant's motion is now moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant FedEx Ground Package System, Inc.'s Motion to Amend the Court's Entry of Judgment [558] is **DENIED** as moot.

Dated this 29th day of August, 2014.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE